JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

MILAGROS A. CISNEROS
State Bar No. 020410
Asst. Federal Public Defender
Milagros_cisneros@fd.org
Attorney for Defendant

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR 17-08070-PCT-DLR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING** |
| Camille Lomaomvaya, | |
| Defendant | |

Defendant, Camille Lomaomvaya, by and through undersigned counsel, hereby gives notice of filing the attached Sentencing Video DVD for consideration at his/her upcoming sentencing hearing.

Respectfully submitted: August 1, 2017.

JON M. SANDS
Federal Public Defender

/s/ MILAGROS A. CISNEROS
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing August 1, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

ALEXANDER SAMUELS
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed/e-mailed to:

DEMETRA PRESLEY
U.S. Probation
401 W. Washington
Phoenix, Arizona 85003

Copy held for:

CAMILLE LOMAOMVAYA
Defendant

*s/P. Muñoz*
P. Muñoz

